UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| T.S., an individual, | ) | CASE NO.  2:19-cv-2970 |
| | ) | |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | CHIEF MAGISTRATE JUDGE |
| | ) | |
| INTERCONTINENTAL HOTELS | ) | ELIZABETH A. PRESTON DEAVERS |
| GROUP, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL OF CHOICE HOTELS INTERNATIONAL, INC.

Plaintiff hereby dismisses Defendant Choice Hotels International, Inc. with prejudice,

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED this 9th  day of December, 2019.

Respectfully Submitted,

_____

T. Michael Morgan (admitted pro hac vice)
MORGAN & MORGAN, P.A.
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
(407) 420-1414
(407) 641-5846 FAX
mmorgan@forthepeople.com

and

_____

J. Corey Asay (0090203)
MORGAN & MORGAN, P.A.
333 W. Vine St. Suite 1200
Lexington, Kentucky 40507
(859) 286-8368
(859) 286-8384 FAX
casay@forthepeople.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

_____

T. Michael Morgan (admitted pro hac vice)

_____

J. Corey Asay