**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T.S., an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:19-cv-2970 |
| | ) | |
| v. | ) | Judge Algenon L. Marbley |
| | ) | |
| INTERCONTINENTAL HOTELS GROUP | ) | Chief Magistrate Judge |
| PLC, et al. | ) | Elizabeth Preston Deavers |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED NOTICE OF DISMISSAL

The parties, by and through their undersigned attorneys, hereby agree to dismiss this case without prejudice pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii). Each party to bear their own costs.

Respectfully submitted,

*s/ J. Corey Asay*
J. Corey Asay
Morgan & Morgan, PLLC
OH Bar #0090203
333 W. Vine St. Suite 1200
Lexington, KY 40507
Tel: (859) 286-8368
Fax: (859) 286-8384
Email: casay@forthepeople.com

*Counsel for Plaintiff*

1

STIPULATED AND AGREED TO BY:

MORGAN & MORGAN, PA.                                    REMINGER CO., LPA

By: */s/ Paul J. Pennock*                              By: */s/ Steven A. Chang*
    Paul J. Pennock                                        Patrick Kasson, Trial Attorney (0055570)
    Morgan & Morgan                                        Steven A. Chang (0088321)
    850 3rd Avenue, Suite 402                              **REMINGER CO., L.P.A.**
    Brooklyn, NY 11232                                     200 Civic Center Drive, Suite 800
    Email: ppennock@forthepeople.com                       Columbus, Ohio 43215
    *Attorney for Plaintiff*                               (614) 228-1311; Fax (614) 232-2410
                                                           pkasson@reminger.com
                                                           schang@reminger.com

                                                           John M. Hamrick (pro hac vice)
                                                           **HOLLAND & KNIGHT LLP**
                                                           1180 W. Peachtree Street, NW, Suite 1800
                                                           Atlanta, GA 30309
                                                           Phone: (404) 817 -8500
                                                           john.hamrick@hklaw.com

                                                           William N. Shepherd (pro hac vice)
                                                           **HOLLAND & KNIGHT LLP**
                                                           777 South Flagler Drive Suite 1900
                                                           West Palm Beach FL 33401 Phone: (561)
                                                           833-2000
                                                           william.shepherd@hklaw.com

                                                           *Counsel for Defendants Holiday*
                                                           *Hospitality Franchising, LLC and*
                                                           *InterContinental Hotels Group PLC*